UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUGO AMEZCUA-GONZALEZ, <br><br> Petitioner, <br><br> v. <br><br> SYLVIE LOBATO, et al., <br><br> Respondents. | NO. C16-979-RAJ-JPD <br><br> ORDER VACATING TEMPORARY STAY OF REMOVAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation.

2. The temporary stay of removal entered in this case, Dkt. 2, is VACATED.

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 1st day of September, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1