UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUGO AMEZCUA-GONZALEZ, | NO. C16-979-RAJ |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| SYLVIE LOBATO, et al., | |
| Respondents. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation.

2. Respondents' motion to dismiss, Dkt. 11, is GRANTED.

3. Petitioner's habeas petition is DENIED, and this action is DISMISSED with prejudice.

4. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 22nd day of November, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1